UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ANTONE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK (FKA Wells Fargo Bank, National Association), a foreign Delaware corporation, and DOES 1 through 10 inclusive.<br><br>    Defendant. | Case Number: 3:18-cv-00236-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff NICOLE ANTONE ("Plaintiff") and Defendant WELLS FARGO FINANCIAL NATIONAL BANK ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for Plaintiff to file its Opposition to Defendant's Partial Motion to Dismiss Complaint filed on June 26, 2018 **(ECF No. 7)**. The current deadline for Plaintiff to file its Opposition to Defendant's Partial Motion to Dismiss Complaint is set for July 10, 2018. A brief extension is requested until July 24, 2018. This is the first stipulation for an extension of time for Plaintiff to file its Opposition to Defendant's Partial Motion to Dismiss

Complaint. This request is made in good faith and not to cause unnecessary delay as Counsel for Plaintiff, has had prior commitments in other matters, and needs sufficient time to prepare the opposition.

| | |
|---|---|
| Dated: July  9  , 2018. | Dated: July  9  , 2018. |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Jason D. Guinasso, Esq.* | */s/ Kaitlyn M. Burke, Esq.* |
| **HUTCHISON & STEFFEN, PLLC** | **LITTLER MENDELSON, P.C.** |
| Jason D. Guinasso, Esq. | Rick D. Roskelley, Esq. |
| | Kaitlyn M. Burke, Esq. |
| Attorney for Plaintiff | |
| Nicole Antone | Attorneys for Defendant |
| | WELLS FARGO FINANCIAL NATIONAL BANK |

**IT IS SO ORDERED.**

DATED this 10th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE