1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   KAITLYN M. BURKE, ESQ., Bar # 13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone: 702.862.8800
   Fax No.:   702.862.8811
5  Email: rroskelley@littler.com
   Email: kmburke@littler.com
6
   Attorneys for Defendant
7  WELLS FARGO FINANCIAL NATIONAL BANK

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 20 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICOLE ANTONE,

    Plaintiff,

vs.

WELLS FARGO FINANCIAL NATIONAL BANK (FKA Wells Fargo Bank, National Association), a foreign Delaware corporation, and DOES 1 through 10 inclusive,

    Defendant.

ORDER

Case No. 3:18-cv-00236-LRH-WGC

**JOINT ENE STATUS REPORT**

Pursuant to the order of Magistrate Judge Carla Baldwin Carry, the parties submit this joint ENE status report in the above-referenced matter. The parties certify that they have exchanged initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and that Plaintiff has provided a computation of damages to Defendant pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iii).

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Therefore, the parties request that the Court vacate the early neutral evaluation status conference currently scheduled for September 24, 2018 at 3:00 p.m.

Dated: September 19, 2018

Respectfully submitted,

/s/ Jason D. Guinasso, Esq.
JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC

Attorneys for Plaintiff
NICOLE ANTONE

Dated: September 19, 2018

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WELLS FARGO FINANCIAL NATIONAL BANK

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 9/20/2018

FIRMWIDE:157127101.1 091367.1024

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.