JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC
SBN# 8478
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiff*



FILED ✓        RECEIVED ___
ENTERED ___    SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ANTONE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK (FKA Wells Fargo Bank, National Association), a foreign Delaware corporation, and DOES 1 through 10 inclusive.<br><br>    Defendant. | Case Number: 3:18-cv-00236-LRH-WGC<br><br>**STIPULATION AND ORDER RESCHEDULING EARLY NEUTRAL EVALUATION**<br><br>**[FIRST REQUEST]** |

Plaintiff NICOLE ANTONE ("Plaintiff") and Defendant WELLS FARGO FINANCIAL NATIONAL BANK ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request that the Court reschedule the Early Neutral Evaluation currently set for Monday, October 1, 2018 at 1:30p.m. pursuant to the Order Scheduling Early Neutral Evaluation Session (ECF No. 23), to Monday, November 19, 2018 at 1:30p.m. This is the first stipulation to reschedule the Early Neutral Evaluation. This request is made in good faith and not to cause unnecessary delay.

1

Dated: September 27, 2018.                    Dated: September 27, 2018.

2

Respectfully submitted,                       Respectfully submitted,

3

/s/ Jason D. Guinasso, Esq.                   /s/ Kaitlyn M. Burke, Esq.

4  **HUTCHISON & STEFFEN, PLLC**              **LITTLER MENDELSON, P.C.**
   Jason D. Guinasso, Esq.                    Rick D. Roskelley, Esq.
5                                             Kaitlyn M. Burke, Esq.
   Attorney for Plaintiff
6  Nicole Antone                              Attorneys for Defendant
                                              WELLS FARGO FINANCIAL NATIONAL
7                                             BANK

8
                                              **IT IS SO ORDERED.**
9
                                              Dated this 27th day of September, 2018.
10

11

                                              _____
12                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

NICOLE ANTONE v. WELLS FARGO NATIONAL BANK, et al,
Case No.: 3:18-cv-00236-LRH-WGC