RICK D. ROSKELLEY, ESQ., Bar # 3192
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
WELLS FARGO FINANCIAL NATIONAL BANK

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 23 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICOLE ANTONE,

    Plaintiff,

vs.

WELLS FARGO FINANCIAL NATIONAL BANK (FKA Wells Fargo Bank, National Association), a foreign Delaware corporation, and DOES 1 through 10 inclusive,

    Defendant.

Case No. 3:18-cv-00236-LRH-WGC

**AMENDED STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**

**[SECOND REQUEST]**

Plaintiff NICOLE ANTONE ("Antone") and Defendant WELLS FARGO FINANCIAL NATIONAL BANK ("Wells Fargo"), by and through their respective counsel of record, hereby stipulate to and request that the Court reschedule the Early Neutral Evaluation currently set for Thursday, November 19, 2018 at 1:30 p.m. pursuant to Order Rescheduling Early Neutral Evaluation Session (**ECF No. 23**), to Monday, December 3, 2018 at 1:30 p.m. This is the second stipulation to reschedule the Early Neutral Evaluation. This request is made in good faith and not to cause unnecessary delay.

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1 | Defendant's client representative is not available to attend the currently scheduled conference
2 | on November 19, 2018 and Plaintiff has agreed to the new date of December 3, 2018.

Dated: October 19, 2018

Respectfully submitted,

/s/ Jason D. Guinasso, Esq.
JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC

Attorneys for Plaintiff
NICOLE ANTONE

Dated: October 19, 2018

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WELLS FARGO FINANCIAL NATIONAL BANK

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/23/2018

FIRMWIDE:158543114.1 091367.1024

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.