UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ANTONE,<br><br>                Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK (FKA Wells Fargo Bank, National Association), a foreign Delaware corporation, and DOES 1 through 10 inclusive,<br><br>                Defendant. | Case No. 3:18-cv-00236-LRH-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

       Plaintiff NICOLE ANTONE ("Plaintiff") and Defendant WELLS FARGO FINANCIAL NATIONAL BANK ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own costs and attorney's fees.

Dated: January 31, 2019

Respectfully submitted,

/s/ Jason D. Guinasso, Esq.
JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC

Attorney for Plaintiff
NICOLE ANTONE

Dated: January 29, 2019

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WELLS FARGO FINANCIAL NATIONAL BANK

**IT IS SO ORDERED.**

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2019